Linda M. Lawson (Bar No. 77130)
llawson@mhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STOLEBARGER, | Case No. 3:17-cv-06161 JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT [L.R. 6-1]** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Complaint Served: October 31, 2017<br>Current Response Date: December 1, 2017<br>New Response Date: December 11, 2017 |
| Defendant. | |

WHEREAS, Plaintiff ROBERT STOLEBARGER ("Plaintiff") served upon defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") the Complaint in this action by certified mail on October 31, 2017;

WHEREAS, under California law applicable to service by certified mail, a responsive pleading to the Complaint must be filed and served on behalf of Prudential by December 1, 2017;

WHEREAS, for good cause and pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Prudential by 10 days to December 11, 2017;

WHEREAS, the parties agree this stipulation will not impact any dates that are currently set in this matter.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**
159807.1

1

Case No. 3:17-cv-06161 JCS
STIPULATION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S INITIAL COMPLAINT [L.R. 6-1]

IT IS HEREBY STIPULATED by and between Plaintiff and Prudential, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by Prudential is extended to December 11, 2017.

**IT IS SO STIPULATED**.

Dated: November 17, 2017	Richard J. Mooney
	Brian T. Hafter
	RIMON P.C.


	By:	*/s/ Richard J. Mooney*
		Richard J. Mooney
		Attorneys for Plaintiff
		ROBERT STOLEBARGER

Dated: November 17, 2017	Linda M. Lawson
	Jason A. James
	MESERVE, MUMPER & HUGHES LLP


	By:	*/s/ Jason A. James*
		Jason A. James
		Attorneys for Defendant
		THE PRUDENTIAL INSURANCE
		COMPANY OF AMERICA

## SIGNATURE ATTESTATION

I, Jason A. James, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: November 17, 2017	By: */s/ Jason A. James*
		Jason A. James

Dated: November 21, 2017

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

159807.1

2

Case No. 3:17-cv-06161 JCS
STIPULATION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S INITIAL COMPLAINT [L.R. 6-1]